IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
MITCHELL DANYELL BANKS,       )
                              )
            Petitioner,       )
                              )      1:21-cr-344-1
     v.                       )      1:25-cv-11
                              )
UNITED STATES OF AMERICA,     )
                              )
            Respondent.       )
```

**ORDER**

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on January 27, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 156.) The Recommendation was served on the parties in this action on January 27, 2025. (Doc. 157.) Petitioner timely filed objections to the Recommendation. (Doc. 158.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a <u>de novo</u> determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 156), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner promptly filing a corrected motion on the proper § 2255 forms.

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 25th day of February, 2025.

/s/ William L. Osteen, Jr.
United States District Judge